THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SPENCE SILBURN, Appellant.

Submitted April 17, 2017; decided April 27, 2017

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.